IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

THOMAS MAERTZ, by his sister and next )
friend Francesca Kemp; COLTON and CODY )
COLE, by their mother and next friend Tamara )
Awald; and TIMOTHY KEISTER, by his sister )
and next friend Kristie Wright, )
                         )
         Plaintiffs-Intervenors, )
                         )
         v. )   No. 1:13-cv-00957-JMS-MJD
                         )
DEBRA MINOTT, in her official capacity as )
Secretary of the Indiana Family and Social )
Services Administration; NICOLE NORVELL, )
in her official capacity as Director of the Div. )
of Disability and Rehabilitative Services; and )
YONDA SNYDER, in her official capacity as )
Director of the Division of Aging, )
                         )
         Defendants. )

## STATEMENT OF CLAIMS

**COME NOW** Plaintiffs-Intervenors, by their counsel, and pursuant to Section IV of the approved Case Management Plan as amended in this case, hereby provides the following statement of the claims they intend to prove at trial:

- The level of services offered, provided, and/or available to the plaintiffs-intervenors as a result of their termination from the Aged and Disabled Medicaid Waiver Program violates the "integration mandate" of the Americans with Disabilities Act of 1990 and the Rehabilitation Act of 1973.

**WHEREFORE,** the plaintiffs-intervenors, respectfully provide their statement of the claims they intend to prove at trial, and request all proper relief.

1

Respectfully submitted,

/s/ *Gavin M. Rose*
Gavin M. Rose
ACLU OF INDIANA
1031 E. Washington St.
Indianapolis, IN  46202
317/635-4059, x106
<grose@aclu-in.org>

*Attorney for the plaintiffs-intervenors*

## CERTIFICATE OF SERVICE

I hereby certified that a true copy of the foregoing was filed electronically on this 2nd day of December, 2014.  Parties may access this filing through the Court's electronic system.  The following parties will be served by operation of the Court's electronic system:

Ryan Hurley
FAEGRE BAKER DANIELS LLP
<ryan.hurley@faegrebd.com>

Harmony Mappes
FAEGRE BAKER DANIELS LLP
<harmony.mappes@faegrebd.com>

_/s/ *Gavin M. Rose*_____
Gavin M. Rose
Attorney at Law

2